IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE SMITH,

    Petitioner,　　　　　　　　　　No. 2:04-cv-02358-MDS

 vs.　　　　　　　　　　　　　　　<u>ORDER</u>

T. SCHWARTZ, et al.

    Respondent

_____/

    Petitioner has no pending filing deadlines in this case, nor has he identified any particular reason he needs access to the law library at this time.  Petitioner's request for law library access is denied.

DATED: Feburary 1, 2010

                         /s/ Milan D. Smith, Jr.
                         UNITED STATES CIRCUIT JUDGE
                         Sitting by Designation