IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE SMITH,

     Petitioner,                         No. 2:04-cv-02358-MDS

    vs.                                  <u>ORDER</u>

T. SCHWARTZ, WARDEN, et al.,

     Respondents

_____/

    Before the court is Petitioner Maurice Smith's application for a certificate of appealability, which is required for him to file an appeal of this court's May 14, 2010 order denying his petition for a writ of habeas corpus. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

    This court may issue a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To meet this standard, an issue must be "debatable among jurists of reason," capable of being resolved differently or "adequate to deserve encouragement to proceed further." *Jennings v. Woodford*, 290 F.3d 1006, 1010

1  (9th Cir. 2002).
2      For the reasons stated in the May 14, 2010 order, none of the issues raised
3  by Petitioner qualifies for a certificate of appealability.  A certificate of
4  appealability is therefore DENIED.

6  DATED: July 8, 2010

8                    /s/ Milan D. Smith, Jr.
                     UNITED STATES CIRCUIT JUDGE
9                    Sitting by Designation